# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2009

Marilyn Kelly,
Chief Justice

139463

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SAMI POOTA & SONS, INC. d/b/a WIXOM
FOOD MARKET,
　　　　　　Plaintiff-Appellant,

v

MICHIGAN LIQUOR CONTROL
COMMISSION and WIXOM SHOPPE, INC.,
　　　　　　Defendants-Appellees.

SC: 139463
COA: 285836
Oakland CC: 2008-089130-AA

_____/

　　　　On order of the Court, the application for leave to appeal the June 30, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009

_____
Clerk